# IN THE UNITED STATES DISTRICT COURT

## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

FILED
IN THIS OFFICE
MAY 2 8 2019
Clerk U.S. District Court
Greensboro, NC
BY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:19CR249-1 |
| | : | |
| MARVIN LORENZO-DUVAL FLOWERS | : | |

The Grand Jury charges:

## COUNT ONE

On or about April 23, 2019, in the County of Durham, in the Middle District of North Carolina, MARVIN LORENZO-DUVAL FLOWERS knowingly and intentionally did unlawfully possess with intent to distribute a quantity of a mixture and substance containing a detectable amount of marihuana, a Schedule I controlled substance within the meaning of Title 21, United States Code, Section 812; in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(D).

## COUNT TWO

On or about April 23, 2019, in the County of Durham, in the Middle District of North Carolina, MARVIN LORENZO-DUVAL FLOWERS did knowingly and unlawfully lease, rent, use, and maintain a place, that is, a residence located at 801 E. Woodcroft Parkway, Apartment 1534, Durham, North Carolina, permanently and temporarily, for the purpose of

manufacturing, distributing, and using a controlled substance, that is, marihuana, a Schedule I controlled substance within the meaning of Title 21, United States Code, Section 812; in violation of Title 21, United States Code, Section 856(a)(1) and (b).

COUNT THREE

On or about April 23, 2019, in the County of Durham, in the Middle District of North Carolina, MARVIN LORENZO-DUVAL FLOWERS, in furtherance of drug trafficking crimes for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute marihuana, as more fully referenced in Count One of this Indictment, and maintaining drug-involved premises, as more fully referenced in Count Two of this Indictment, did knowingly possess a firearm, that is, a Glock .40 caliber handgun; in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

FORFEITURE ALLEGATION

1. The factual allegations contained in Count Three of this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1).

2. Upon conviction of the offense alleged in Count Three, the defendant, MARVIN LORENZO-DUVAL FLOWERS, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), all

2

right, title and interest in and to any firearms and ammunition involved or used in the commission of the offense.

3.    The property subject to forfeiture pursuant to paragraph 2 above may include, but shall not be limited to, the following:

> One Glock, model 22, .40 caliber handgun, serial number CRE838US, loaded with twenty-two rounds of ammunition (one chambered round and twenty-one rounds in an extended magazine).

All in accordance with Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, Rule 32.2(a), Federal Rules of Criminal Procedure, and Title 28, United States Code, Section 2461(c).

DATED:  May 28, 2019

MATTHEW G.T. MARTIN
United States Attorney

BY:  JOANNA G. MCFADDEN
Assistant United States Attorney

A TRUE BILL:

_____
FOREPERSON

3