IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA



| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:19CR249-1 |
| | : | |
| MARVIN LORENZO-DUVAL FLOWERS | : | |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Middle District of North Carolina hereby dismisses without prejudice the Indictment handed down by the federal grand jury on May 28, 2019, against the above-captioned defendant, because a bill of information, 1:19CR351-1, charging MARVIN LORENZO-DUVAL FLOWERS was returned on July 8, 2019.

This the 16th day of August, 2019.

Respectfully submitted,

MATTHEW G.T. MARTIN
United States Attorney

JOANNA MCFADDEN
Assistant United States Attorney
NYSB #4500948

Leave of Court is granted for the filing of the foregoing dismissal.

Senior UNITED STATES DISTRICT JUDGE

Date: 8/20/2019